People of State of Illinois, Defendant in Error, v.
Amante Rongetti, Plaintiff in Error.

Gen. No. 43,309.

opinion filed February 13, 1946; rehearing denied March 1, 1946; released for publication March 8, 1946. Ray E. Lane, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.